**Motion Granted; Dismissed and Memorandum Opinion filed November 3, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00656-CR
_____

**VICTOR CHARLES BARBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1269594**

---

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).